**DISMISS and Opinion Filed December 20, 2022**



In the
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-01192-CV

**CRAIG S. PITTMAN AND KELLY K. PITTMAN, Appellants**
**V.**
**JRMV PROPERTY INVESTMENTS, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03755-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Carlyle, and Justice Garcia
Opinion by Justice Carlyle

This is an appeal from a judgment in a forcible detainer lawsuit awarding possession of the subject property to appellee. Before the Court is appellee's motion to dismiss the appeal as moot. Appellee recites in the motion that a writ of possession was executed, and appellants are no longer in possession of the property.

The only issue in a forcible detainer suit is the right to immediate possession of the premises. *See Olley v. HVM, L.L.C.*, 449 S.W.3d 572, 575 (Tex. App.—Houston [14th Dist.] 2014, pet. denied). Unless an appellant has a potentially meritorious claim of right to current, actual possession, the issue of possession and

the case become moot when the appellant is no longer in possession of the premises. *See Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 787, 790 (Tex. 2006). When a case becomes moot on appeal, an appellate court must vacate the trial court's judgment and dismiss the case. *See City of Dallas v. Woodfield*, 305 S.W.3d 412, 416 (Tex. App.—Dallas 2010, no pet.).

We gave appellants an opportunity to respond to appellee's motion, but they failed to do so. Because nothing in the record before us shows appellants have a potentially meritorious claim of right to current, actual possession of the property, we grant appellee's motion, vacate the trial court's judgment, and dismiss the case. *See* TEX. R. APP. P. 42.3(a); *Marshall*, 198 S.W.3d at 790.

221192f.p05

/Cory L. Carlyle//
_____
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CRAIG S. PITTMAN AND KELLY
K. PITTMAN, Appellants

No. 05-22-01192-CV     V.

JRMV PROPERTY
INVESTMENTS, LLC, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-22-03755-
B.
Opinion delivered by Justice Carlyle.
Chief Justice Burns and Justice
Garcia participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's October 28, 2022 judgment and **DISMISS** the case.

We **ORDER** that appellee JRMV PROPERTY INVESTMENTS, LLC recover its costs of this appeal from appellants CRAIG S. PITTMAN AND KELLY K. PITTMAN.

Judgment entered this 20th day of December 2022.